**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| MARY SHIRAEF, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-817-PPS- |
| | ) | MGG |
| v. | ) | |
| | ) | |
| ERIC HARGAN, in his official capacity | ) | |
| as Acting Secretary of the Department of | ) | |
| Health and Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS</u>

Pursuant to N.D. Ind. L.R. 6-1(a), Plaintiffs respectfully request an extension of time to file their response to Defendants' Motion to Dismiss.  Plaintiffs request that the time to file their response be extended from January 19, 2018 to February 20, 2018.  Plaintiffs have discussed this extension with counsel for Defendants and the Defendants consent to the extension.

Dated: January 12, 2018                    Respectfully submitted,

DENTONS US LLP


By:＿＿＿/s/ Tami Lyn Azorsky＿＿＿＿＿＿＿＿＿
    Tami Lyn Azorsky (*pro hac vice*)
    tami.azorsky@dentons.com
    Christina M. Carroll, (*pro hac vice*)
    christina.carroll@dentons.com
    Leslie A. Barry (*pro hac vice*)
    leslie.barry@dentons.com
    Leah R. Bruno
    leah.bruno@dentons.com
    1900 K Street, NW
    Washington, District of Columbia  20006
    Telephone:  (202) 496-7500
    Facsimile:  (202) 408-6399

Richard B. Katskee (*pro hac vice*)
Kelly M. Percival (*pro hac vice*)
*Americans United for Separation of Church and State*
1310 L Street, NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234
katskee@au.org
percival@au.org

Gretchen Borchelt*
Sunu Chandy*
Mara K. Gandal-Powers*
Michelle Banker*
*National Women's Law Center*
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Telephone: (202) 588-5180
gborchelt@nwlc.org
mgandal-powers@nwlc.org
schandy@nwlc.org
mbanker@nwlc.org

*Attorneys for Plaintiffs*

* Motion for *pro hac vice* forthcoming.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2018, I caused the foregoing Motion and proposed Order to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Indiana using the Court's CM/ECF system and that service will be accomplished on counsel for the Defendants by the CM/ECF system.

/s/ Tami Lyn Azorsky