IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARY SHIRAEF, et al., | Case No. 3:17-CV-00817-PPS-MGG |
| Plaintiffs, | |
| v. | |
| ERIC HARGAN, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated: February 2, 2018

Respectfully submitted,

DENTONS US LLP

By: /s/ Tami Lyn Azorsky
Tami Lyn Azorsky (*pro hac vice*)
tami.azorsky@dentons.com
Christina M. Carroll, (*pro hac vice*)
christina.carroll@dentons.com
Leslie A. Barry (*pro hac vice*)
leslie.barry@dentons.com
Leah R. Bruno
leah.bruno@dentons.com
1900 K Street, NW
Washington, District of Columbia 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399

        Richard B. Katskee (*pro hac vice*)
        Kelly M. Percival (*pro hac vice*)
        *Americans United for Separation of Church and State*
        1310 L Street, NW, Suite 200
        Washington, DC 20005
        Telephone: (202) 466-3234
        katskee@au.org
        percival@au.org

        *Attorneys for Plaintiffs*

Gretchen Borchelt
Sunu Chandy
Mara K. Gandal-Powers
Michelle Banker
*National Women's Law Center*
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Telephone: (202) 588-5180
gborchelt@nwlc.org
schandy@nwlc.org
mgandal-powers@nwlc.org
mbanker@nwlc.org

*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2018, I caused the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Indiana using the Court's CM/ECF system and that service will be accomplished on counsel for the Defendants by the CM/ECF system.

/s/ Tami Lyn Azorsky